IN THE UNITED STATE DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

GARY KEYS,                                     )
                                               )
                    Plaintiff,                 )
v.                                             )        Case No. CIV-13-1271-D
                                               )
FARMERS INSURANCE EXCHANGE a/k/a               )
FARMERS INSURANCE GROUP, INC.,                 )
a/k/a FARMERS INSURANCE GROUP,                 )
                                               )
                    Defendant.                 )


**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a), the parties stipulate to the dismissal, with prejudice, of

the above-captioned lawsuit, with each party to pay his/its own costs and attorneys' fees.

                              Respectfully submitted,


/s/ *Jana B. Leonard*                      /s/ *J. Randall Coffey*
Jana B. Leonard                            J. Randall Coffey
Lauren W. Johnston                         Melody L. Rayl
LEONARD & ASSOCIATES, P.L.L.C.             FISHER & PHILLIPS LLP
8265 S. Walker                             4900 Main Street, Suite 650
Oklahoma City, OK  73139                   Kansas City, MO  64112
TEL:  (405) 239-3800                       TEL:  (816) 842-8770
FAX:  (405) 239-3801                       FAX:  (816) 842-8767
Email:  leonardjb@leonardlaw.net           Email:  rcoffey@laborlawyers.com
Email:  johnstonlaw@leonardlaw.net

ATTORNEYS FOR PLAINTIFF                     And

                                            B. Gore Gaines
                                            Lytle, Soulé & Curlee
                                            119 N. Robinson Avenue, Suite 1200
                                            Oklahoma City, OK 73102
                                            TEL:  (405) 235-7471
                                            FAX:  (405) 232-3852
                                            Email:  gaines@lytlesoule.com

                                            ATTORNEYS FOR DEFENDANT